TOWNSHIP OF MOORESTOWN, PLAINTIFF-RESPONDENT, v.
LENORE SIBLEY SLACK, *ET AL.*, DEFENDANTS-PETI-
TIONERS.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 85 *N. J. Super.* 109.

*Mr. Martin F. McKernan* and *Mr. Craig J. Turnbull* for
the petitioners.

*Mr. Walter Carson* for the respondent.